**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-4360**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DARRIN W. MACKINNON,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge. (CR-00-12)

————————

Submitted:  August 24, 2000          Decided:  August 29, 2000

————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Darrin W. MacKinnon, Appellant Pro Se.  Florencio John Yuzon, UNITED STATES ATTORNEY'S OFFICE, Virginia Beach, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrin W. MacKinnon appeals the district court's order affirming the magistrate judge's ruling finding MacKinnon guilty of speeding on a naval base and imposing a $100 fine and a $5 special assessment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. MacKinnon, No. CR-00-12 (E.D. Va. Apr. 27, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on April 25, 2000, the district court's records show that it was entered on the docket sheet on April 27, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).